**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1365**

_____

In re:  WILLIAM SCOTT DAVIS, JR.,

      Petitioner.

_____

**No. 21-1368**

_____

In re:  WILLIAM SCOTT DAVIS, JR.,

      Petitioner.

_____

**No. 21-1375**

_____

In re:  WILLIAM SCOTT DAVIS, JR.,

      Petitioner.

_____

**No. 21-1422**

_____

In re:  WILLIAM SCOTT DAVIS, JR.,

      Petitioner.

**No. 21-1428**

In re: WILLIAM SCOTT DAVIS, JR.,

                Petitioner.

**No. 21-1492**

In re: WILLIAM SCOTT DAVIS, JR.,

                Petitioner.

**No. 21-1494**

In re: WILLIAM SCOTT DAVIS, JR.,

                Petitioner.

**No. 21-1501**

In re: WILLIAM SCOTT DAVIS, JR.,

                Petitioner.

On Petitions for Writ of Mandamus.  (5:14-cr-00240-BR-1)

Submitted:  July 20, 2021                Decided:  July 22, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

William Scott Davis, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., petitions for a writ of mandamus seeking copies of transcripts and alleging that various errors occurred during his criminal proceedings. We conclude that Davis is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795. Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Davis is not available by way of mandamus. Accordingly, we deny the petitions for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*

4